**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLAISHANS, | No. C 14-3249 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | |
| CORAM SPECIALTY INFUSION SERVICES, INC., | |
| Defendant. / | |

    In light of a scheduling conflict, the hearing on defendant's motion to dismiss is hereby CONTINUED to October 3, 2014.

**IT IS SO ORDERED.**

Dated: August 25, 2014

MAXINE M. CHESNEY
United States District Judge