IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLAISHANS,<br><br>   Plaintiff,<br><br>v.<br><br>CORAM SPECIALTY INFUSION SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>   Defendants. | No. C 14-3249 MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

   On September 29, 2014, the Court ordered plaintiff to comply with the Civil Local Rules of this District and the Court's Standing orders by providing for chambers a paper copy of its amended complaint, filed September 24, 2014. See Civil L.R. 5-1(e)(7) (directing parties "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'"); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. To date, no such chambers copy has been submitted.

   Accordingly, plaintiff is hereby advised that if he does not provide for chambers a paper copy of the above-referenced amended complaint by Tuesday, October 14, 2014, said document will be stricken from the record.

   **IT IS SO ORDERED.**

Dated: October 10, 2014

MAXINE M. CHESNEY
United States District Judge