WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff Thomas Flaishans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THOMAS FLAISHANS, | Case No.: C 14-03249 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| CORAM SPECIALTY INFUSION SERVICES, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that plaintiff may file a Second Amended Complaint, a copy of which is attached as Exhibit A.

Dated: 10/23/14                                LITTLER

                                               By: _____
                                                   Alexa L. Woerner

1

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT

C:\Users\awoerner\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\U81L92K2\Stipulation And Order.doc

Attorneys for Defendant Coram Specialty Infusion Services, Inc.

Dated: 10/25/14

POLARIS LAW GROUP LLP

By: /s/ William L. Marder
William L. Marder, Attorney for Plaintiff
Thomas Flaishans

## ORDER

IT IS ORDERED that plaintiff may file ~~a Second Amended Complaint.~~ the Second Amended Complaint attached as Exhibit A to the parties' stipulation.

Dated: October 27, 2014

/s/ Maxine M. Chesney
Maxine M. Chesney, United States District Judge

---

2

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT

C:\Users\awormer\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\U81L92K2\Stipulation And Order.doc