IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLAISHANS, | No. C-14-3249 MMC |
| Plaintiff, | **ORDER RESCHEDULING STATUS CONFERENCE; DIRECTIONS TO PARTIES** |
| v. | |
| CORAM SPECIALTY INFUSION SERVICES, INC. and DOES 1 through 10, | |
| Defendants.                          / | |

    On January 9, 2015, the Court held the Initial Case Management Conference in the above-titled action, at which the Court scheduled a Status Conference for February 5, 2016.  Thereafter, on October 22, 2015, the parties filed a "Joint Stipulation of Private Attorney General Act [("PAGA")] (Cal. Labor Code Sections 2699 *et seq.*) Representative Action Settlement and Release," in which the parties seek, pursuant to California Labor Code §2699(l), the Court's approval of their settlement of plaintiff's representative PAGA claims.

    In light of the above-referenced filing, the Status Conference currently set for February 5, 2016, is hereby ADVANCED to January 8, 2016.  A Joint Status Conference Statement shall be filed by the parties no later than December 31, 2015, in which the parties shall address, <u>inter</u> <u>alia</u>:

    1.    The sum plaintiff could reasonably anticipate being awarded on his PAGA

claims on behalf of himself and the aggrieved employees, if liability had been found on at least one of plaintiff's other claims under the California Labor Code;

2. The amount for which plaintiff's other claims were settled;

3. The strength of any defenses to plaintiff's claims; and

4. Any authority on which the parties rely to support the PAGA settlement amount.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
MAXINE M. CHESNEY
United States District Judge