| | |
|---|---|
| 1 | GREGORY G. ISKANDER, Bar No. 200215 |
|   | ALEXA L. WOERNER, Bar No. 267609 |
| 2 | LITTLER MENDELSON, P.C. |
|   | Treat Towers |
| 3 | 1255 Treat Boulevard, Suite 600 |
|   | Walnut Creek, California 94597 |
| 4 | Telephone:  925.932.2468 |
|   | Facsimile:   925.946.9809 |
| 5 | giskander@littler.com |
|   | awoerner@littler.com |
| 6 |  |
| 7 | Attorneys for Defendant |
|   | CORAM SPECIALTY INFUSION SERVICES, INC. |
| 8 |  |
| 9 | WILLIAM L. MARDER, Bar No. 170131 |
|   | POLARIS LAW GROUP LLP |
|   | 501 San Benito Street, Suite 200 |
| 10 | Hollister, CA 95023 |
|   | Telephone:  831.531.4214 |
| 11 | Facsimile:   831.634.0333 |
| 12 | Attorneys for Plaintiff |
|   | THOMAS FLAISHANS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FLAISHANS, | Case No. 3:14-CV-03249-MMC |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE DATE** |
| v. | **[PROPOSED]** ORDER |
| CORAM SPECIALTY INFUSION SERVICES, INC. and DOES 1 through 10, inclusive, | Current Date:   January 8, 2016<br>Time:             10:30 a.m.<br>Ctrm:             7, 19th Floor |
| Defendants. | Proposed Date: January 29, 2016 |

(CASE NO. 3:14-CV-03249-MMC)   1.   STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE DATE; ~~PROPOSED~~ ORDER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Plaintiff Thomas Flaishans ("Plaintiff") and Coram Specialty Infusion Services, Inc. ("Defendant" or "Coram") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

On November 9, 2015, the Court re-set the original conference date of February 5, 2016, to January 8. [ECF 34.] Counsel for Defendant respectfully requests that the Court re-set the conference for January 29, which is the next date available for counsel. This request is made because Ms. Woerner recently gave birth and is on maternity leave; and Mr. Iskander, who recently substituted in the case has a conflict with January 8 until Noon (a CLE presentation for which he is the presenter), and is otherwise not available (on a Friday) until January 29. Counsel for Plaintiff has requested that counsel for Defendant specially appear for Plaintiff as Plaintiff has no opposition.

**SO STIPULATED.**

Dated: January 4, 2016

/S/ Gregory Iskander
GREGORY ISKANDER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CORAM SPECIALTY INFUSION SERVICES, INC.

Dated: January 4, 2016

/S/ William L. Marder

WILLIAM L. MARDER
POLARIS LAW GROUP LLP
Attorneys for Plaintiff
THOMAS FLAISHANS

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-03249-MMC) 2. STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE DATE; ~~PROPOSED~~ ORDER

Dated: January 4, 2016

/S/ Gregory Iskander
GREGORY ISKANDER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CORAM SPECIALTY INFUSION SERVICES, INC.

**ORDER**

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the Status Conference Hearing currently set for January 8, 2016 is continued to January 29, 2016 at 10:30 a.m.

**SO ORDERED.**

Dated: January 4, 2016

United States District Judge
Maxine M. Chesney.

Firmwide:137844702.1 074623.1044

(CASE NO. 3:14-CV-03249-MMC)   3.   STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE DATE; ~~PROPOSED~~ ORDER