**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   THOMAS FLAISHANS,                        No. C 14-3249 MMC

12              Plaintiff,                     **ORDER TO SHOW CAUSE**

13     v.

14   CORAM SPECIALTY INFUSION
     SERVICES, INC.,
15
              Defendant
16   _____/

17

18         On January 29, 2016, counsel for plaintiff failed to appear as ordered at a regularly

19   scheduled case management conference in the above-titled action.

20         Accordingly, said counsel is hereby ORDERED TO SHOW CAUSE in writing, no

21   later than February 12, 2016, why sanctions should not be imposed for his failure to comply

22   with the Court's order.

23         **IT IS SO ORDERED.**

24

25   Dated:  January 29, 2016
                                              MAXINE M. CHESNEY
26                                            United States District Judge

27

28