IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLAISHANS, | No. C-14-3249 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CORAM SPECIALTY INFUSION SERVICES, INC., | |
| Defendant. | |

On January 29, 2016, the Court issued an Order to Show Cause, directing plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear at the Case Management Conference scheduled for that date. On February 2, 2016, plaintiff's counsel timely filed a response thereto. The Court having read and considered counsel's response, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: February 4, 2016

MAXINE M. CHESNEY
United States District Judge