1  GREGORY G. ISKANDER, Bar No. 200215
   ALEXA L. WOERNER, Bar No. 267609
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
4  Telephone:   925.932.2468
   Facsimile:    925.946.9809
5  giskander@littler.com
   awoerner@littler.com
6
   Attorneys for Defendant
7  CORAM SPECIALTY INFUSION SERVICES, INC.
8
   WILLIAM L. MARDER, Bar No. 170131
9  POLARIS LAW GROUP LLP
   501 San Benito Street, Suite 200
10 Hollister, CA 95023
   Telephone:   831.531.4214
11 Facsimile:    831.634.0333
12 Attorneys for Plaintiff
   THOMAS FLAISHANS
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS FLAISHANS, | Case No. 3:14-CV-03249-MMC |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL** |
| v. | [PROPOSED] ORDER |
| CORAM SPECIALTY INFUSION SERVICES, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-03249-MMC)   1.   STIPULATED REQUEST FOR DISMISSAL; PROPOSED ORDER

1    Plaintiff Thomas Flaishans ("Plaintiff") and Coram Specialty Infusion Services, Inc. ("Defendant" or "Coram") (collectively, the "Parties"), having settled this action on an individual basis, by and through their counsel of record, hereby agree and stipulate as follows:

2    1.    Plaintiff hereby dismisses all claims and all causes of action as to all Defendants, brought individually on his own behalf, WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3    2.    Plaintiff hereby dismisses all claims and all causes of action as to all Defendants, brought on behalf of others,[1] WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4    3.    Plaintiff and Defendant agree to bear their own costs and attorney's fees.

**SO STIPULATED.**

Dated: February 12, 2016        */S/ Gregory Iskander*
                                GREGORY ISKANDER
                                LITTLER MENDELSON, P.C.
                                Attorneys for Defendant
                                CORAM SPECIALTY INFUSION
                                SERVICES, INC.

Dated: February 12, 2016        */S/ William L. Marder*
                                WILLIAM L. MARDER
                                POLARIS LAW GROUP LLP
                                Attorneys for Plaintiff
                                THOMAS FLAISHANS

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 12, 2016        */S/ Gregory Iskander*
                                GREGORY ISKANDER
                                LITTLER MENDELSON, P.C.

---

[1] Pending before the Court on February 26, 2016 at 9:00 a.m., is a hearing for approval of a settlement as to the representative PAGA claims. The Parties have agreed to forego such settlement and dismiss said claims without prejudice.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-03249-MMC)    2.    STIPULATED REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER

# **ORDER**

Upon the parties' stipulation, and for good cause, it is **SO ORDERED.**

In light of the above, the hearing currently scheduled for February 26, 2016, is hereby VACATED.

Dated: February 16, 2016

_____
United States District Judge
Maxine M. Chesney.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-03249-MMC)   3.   STIPULATED REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER